**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

| | |
|---|---|
| In Re: **Debtor(s)**<br>**Jennifer Lynn Wolfe**<br>37 Lowery Lane<br>Ringgold, GA 30736<br><br>xxx−xx−2265 | Case No.: **23−41511−bem**<br>Chapter: **7**<br>Judge: **Barbara Ellis−Monro** |

### DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

It further appears that the trustee in the above styled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

**ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

Barbara Ellis−Monro
United States Bankruptcy Judge

Dated:  January 15, 2024

Form 182

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION
REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

FORM 182 continued

### EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### **Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [In a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

This discharge does not affect any property of the estate as defined by section 541 of the Bankruptcy Code, and the automatic stay of section 362(a) of the Bankruptcy Code continues to apply to any property of the estate unless and until the automatic stay has been terminated by order of the court or expires pursuant to section 362(c) of the Bankruptcy Code. Such property remains subject to administration by the trustee on behalf of the bankruptcy estate.

### **Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### **Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date, you will be required to pay a fee.**

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 23-41511-bem |
| Jennifer Lynn Wolfe | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 16, 2024 | Form ID: 182 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer Lynn Wolfe, 37 Lowery Lane, Ringgold, GA 30736-5254 |
| 24478863 | + | B Lynn Perry Esq, PO Box Box 545, Cleveland, TN 37364-0545 |
| 24478864 | ++++ | CENTER FOR SPORTS MEDICINE & ORTHO, ATTN BILLING, 7305 JARNIGAN RD STE 150, CHATTANOOGA TN 37421-4884 address filed with court:, Center for Sports Medicine & Ortho, Attn Billing, 1949 Gunbarrel Rd #150, Chattanooga, TN 37421 |
| 24478866 | + | CHI Memorial, 2501 Citico Ave, Chattanooga, TN 37404-1127 |
| 24478867 | + | CHI Memorial Hospital, 2525 Desales Ave, Cleveland, TN 37404-1102 |
| 24478865 | + | Chattanooga ENT, 1604 Gunbarrel Rd, Chattanooga, TN 37421-3125 |
| 24478868 | + | Craig Lewis, Esq, 100 Grandview Pl 530, Birmingham, AL 35243-1963 |
| 24478871 | + | Digital Imaging of NGA, PO Box Box 1489, Winterville, NC 28590-1489 |
| 24478873 | + | Galen Medical Group, PO Box Box 1030, Chattanooga, TN 37401-1030 |
| 24518056 | + | Galen Medical Group, c/o Van Jackson, 4976 Alpha Lane, Hixson, TN 37343-5470 |
| 24478875 | + | Georgia Department of HS, Officer of Inspector General, 47 Trinity Ave SW 2nd fl, Atlanta, GA 30334-9006 |
| 24478876 | + | Hamilton Medical Center, PO Box 1168, Dalton, GA 30722-1168 |
| 24478878 | + | Landmark, 100 West Walnut ave 124, Dalton, GA 30720-8439 |
| 24478879 | + | Magistrate Court of Walker County, Attn : Civil Court Clerk, 102 Napier St, La Fayette, GA 30728-3523 |
| 24478880 | + | Meagon Ashley Evans, C/O Craig Lewis Esq, 1232 Premier Dr 325, Chattanooga, TN 37421-5186 |
| 24478886 | + | Service Finance, Attn: Bankruptcy, PO Box 2935, Gainesville, GA 30503-2935 |
| 24478887 | + | Tammy & Michael Peardon, 81 Tammy Lane, La Fayette, GA 30728-4723 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 24478862 | | Email/Text: kendrah@aogpc.net | Jan 16 2024 21:48:00 | AOG, 1105 Burleyson Rd, Dalton, GA 30720 |
| 24478861 | ^ | MEBN | Jan 16 2024 21:44:15 | Account Resolution Services, Attn: Bankruptcy, PO Box 459079, Sunrise, FL 33345-9079 |
| 24478869 | + | EDI: CMIGROUP.COM | Jan 17 2024 02:46:00 | Credit Management, LP, Attn: Bankruptcy Attn: Bankruptcy, 6080 Tennyson Parkway , Suite 100, Plano, TX 75024-6002 |
| 24478870 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 16 2024 22:04:10 | Credit One Bank, Attn: Bankruptcy Department 6801 Cimarro, Las Vegas, NV 89113-2273 |
| 24478872 | | EDI: DISH | Jan 17 2024 02:46:00 | Dish Network, PO Box Box 94063, Palatine, IL 60094-4063 |
| 24478874 | + | EDI: PHINGENESIS | Jan 17 2024 02:46:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 24478877 | + | EDI: IRS.COM | Jan 17 2024 02:46:00 | IRS, Attn: Central Insolvency, PO Box Box 7346, Philadelphia, PA 19101-7346 |
| 24478881 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 16 2024 21:53:56 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |

District/off: 113E-6     User: admin     Page 2 of 2
Date Rcvd: Jan 16, 2024     Form ID: 182     Total Noticed: 30

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 24478882 | Email/Text: paula.tilley@nrsagency.com | Jan 16 2024 21:48:00 | NationWide Recovery, 545 Inman St W, 37311 |
| 24478883 | Email/Text: electronicbkydocs@nelnet.net | Jan 16 2024 21:48:00 | Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 24478884 | ^ MEBN | Jan 16 2024 21:44:32 | Receivables Management Svcs, PO Box Box 19646, Minneapolis, MN 55419-0646 |
| 24478885 | + Email/Text: Bankruptcy.Noticing@Security-Finance.com | Jan 16 2024 21:48:00 | Security Finance, Attn: Jim Mayo CEO, P.O. Box 3146, Spartanburg, SC 29304-3146 |
| 24479872 | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Jan 16 2024 21:48:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2024      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2024 at the address(es) listed below:**

**Name**     **Email Address**

James M. Setters
    on behalf of Debtor Jennifer Lynn Wolfe settersecf@gmail.com ch13atty@yahoo.com;R41905@notify.bestcase.com

Office of the United States Trustee
    ustpregion21.at.ecf@usdoj.gov

Thomas D. Richardson
    trichardson@brinson-askew.com tdr@trustesolutions.net;Tdr82454@gmail.com;ctdr11@trustesolutions.net

TOTAL: 3